No. 10-8036. Cory Anthony Simpson, Petitioner v. Officer Kapeluck, et al.

562 U.S. 1233, 131 S. Ct. 1501, 179 L. Ed. 2d 329, 2011 U.S. LEXIS 1514.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 402 Fed. Appx. 803.

No. 10-8037. Frankie Lee Spikes, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

562 U.S. 1233, 131 S. Ct. 1501, 179 L. Ed. 2d 329, 2011 U.S. LEXIS 1661.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 44 So. 3d 582.

No. 10-8038. Michael Ray Reeves, Petitioner v. Donald Gaetz, Warden, et al.

562 U.S. 1233, 131 S. Ct. 1501, 179 L. Ed. 2d 329, 2011 U.S. LEXIS 1542.

February 22, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

Same case below, 237 Ill. 2d 589, 345 Ill. Dec. 91, 938 N.E.2d 530.

No. 10-8040. Freddie J. Kelly, Petitioner v. City of Conway, Arkansas, et al.

562 U.S. 1233, 131 S. Ct. 1502, 179 L. Ed. 2d 329, 2011 U.S. LEXIS 1663.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-8041. James Edward Davolt, II, Petitioner v. Arizona.

562 U.S. 1233, 131 S. Ct. 1502, 179 L. Ed. 2d 329, 2011 U.S. LEXIS 1701.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

No. 10-8043. Andre Almond Dennison, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

562 U.S. 1233, 131 S. Ct. 1503, 179 L. Ed. 2d 329, 2011 U.S. LEXIS 1599.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 396 Fed. Appx. 330.

No. 10-8049. Gerald Alexander Melton, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.

562 U.S. 1233, 131 S. Ct. 1503, 179 L. Ed. 2d 329, 2011 U.S. LEXIS 1562.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8054. Terry Wayne Bishop, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.

562 U.S. 1233, 131 S. Ct. 1503, 179 L. Ed. 2d 329, 2011 U.S. LEXIS 1540.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.